IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:16-CR-20 |
| | ) | |
| JOSEPH HASSAN FARROKH, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or about August 2015, and continuing through January 15, 2016, within Prince William County in the Eastern District of Virginia, and elsewhere, the defendant, JOSEPH HASSAN FARROKH, did knowingly and unlawfully combine, conspire, confederate, and agree with Mahmoud Amin Elhassan to provide and attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel, to a designated foreign terrorist organization, namely the Islamic State of Iraq and the Levant ("ISIL"), in that, as more particularly described below, FARROKH attempted to travel to Iraq and Syria to fight for, and at the direction of, the Islamic State of Iraq and the Levant.

In order to provide material support and resources to a foreign terrorist organization, as alleged above, FARROKH took the following actions, among others:

1. On or about December 21, 2015, FARROKH purchased an airline ticket to travel from Richmond, Virginia, to Chicago and then Amman, Jordan.

2.   On January 15, 2016, FARROKH traveled to the airport in Richmond, Virginia, to board a plane that would take him on the first leg of a trip to Jordan and then Syria.

(All in violation of Title 18, United States Code, Section 2339B).

Dana J. Boente
United States Attorney

By:   _____

Gordon D. Kromberg
Dennis M. Fitzpatrick
Assistant United States Attorneys