IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:16-cr-20-AJT |
| JOSEPH HASSAN FARROKH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Pending before the Court is defendant's Motion for Appointment of Counter-Radicalization Expert, Evaluation and Study to Evaluate Risk Assessment and Recommend Intervention, and to Continue Sentencing (the "Motion") [Doc. No. 33], wherein counsel for the defendant requests this Court to appoint Daniel Koehler for the purpose of conducting a "presentence risk assessment" and directing the U.S. Probation Office "to contract with Daniel Koehler in preparing a written report containing findings and recommendations to assist this Court at sentencing." The Motion also requests a continuance of sentencing, which is currently scheduled to proceed on July 15, 2016. Upon consideration of the Motion and information provided in the attached exhibits, and it appearing to the Court that the requested relief is overly broad or otherwise unavailable or inappropriate, it is hereby

ORDERED that defendant's Motion for Appointment of Counter-Radicalization Expert, Evaluation and Study to Evaluate Risk Assessment and Recommend Intervention, and to Continue Sentencing [Doc. No. 33] be, and the same hereby is, DENIED without prejudice, with leave to request the appointment of a licensed psychologist or psychiatrist with appropriate qualifications to provide informed analysis on the prospect of defendant's recidivism in areas of terrorism-related criminal activity.

Such an appointment will be without affiliation or coordination with the Office of Probation and Pretrial Services, with the Probation Officer assigned to this matter directed to continue the preparation of a standard Presentence Investigation Report, independent of any supplemental mitigation studies by defendant's counsel. Sentencing in this matter will also proceed as scheduled unless continued by further Order of the Court upon the submission of an appropriate motion by counsel.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 5, 2016