AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

RECEIVED
JUN 20 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
Joseph Hassan Farrokh )   Case No. 1:16-cr-20
_Defendant_ )
)

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Derek Gaunt or Records Custodian
Alexandria Detention Center
Attn: Records Dep't
2001 Mill Road
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court Eastern District of Virginia, Alex. | Courtroom No.: 701 |
| | Date and Time: July 15, 2016 @ 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):* Entire file of Joseph H. Farrokh's (DOB: 6/19/87; SS# 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) incarceration at the Alexandria Detention Center including but not limited to his disciplinary record, housing record, grievances, placement, and phone calls (by disc); in lieu of appearing on July 15, 2016, these records may be provided to counsel on or before July 26, 2016

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Joseph H. Farrokh
_____, who requests this subpoena, are:

Joseph T. Flood
Sheldon, Flood and Haywood, PLC
10621 Jones St., Ste. 301-A
Fairfax, VA 22030-1910
jflood@sfhdefense.com
(703) 691-8410 (o)
(703) 303-1561 (c)